UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALVADOR A. MANGANO, III AND TWENTY6FITNESS, L.L.C., <br><br> *plaintiffs,* <br><br> versus <br><br> MITHUN PATEL, JAY FITNESS, LLC, AND HANSABEN PATEL, <br><br> *defendants.* | Civil Action 18-cv-01971 <br><br> Section F, Division 2 <br><br> District Judge Martin L.C. Feldman <br><br> Magistrate Judge Joseph C. Wilkinson, Jr. |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Twenty6Fitness, L.L.C. ("T6F") discloses the following, to the extent required by Fed R. Civ. P. 7.1:

1) T6F is a non-governmental, single-member Louisiana limited liability company;

2) T6F's sole member is Salvador A. Mangano, III, who owns 100% of its membership units.

3) there is no publicly held corporation which holds an ownership interest in T6F of greater than 10%; and

4) this information is current and valid as of February 26, 2018.

Respectfully submitted,

**LILLY PLLC**

 */s/ Andrew T. Lilly*
**Andrew T. Lilly (La. 32559)**
317 Exchange Place
New Orleans, Louisiana 70115
t: (504) 812-6388
e: andrew@atlpllc.com

*Attorney for Salvador A. Mangano III and Twenty6Fitness, LLC*

## CERTIFICATE OF SERVICE

Undersigned certifies that contemporaneously with or before filing the foregoing, copies have been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or by the court's CM/ECF system.

*/s/ Andrew T. Lilly*
**Andrew T. Lilly**
